# UNITED STATES DISTRICT COURT
## for the Central District of Illinois

**FILED**
APR 10 2024
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Darren Cole

    Plaintiff,

v.

Archer Daniels Midland

    Defendant(s).

Case No. 24-CV-2078 - CSB-EIL

## PRO SE CIVIL RIGHTS COMPLAINT
### (Non-Prisoner)

### I. JURISDICTION

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

### II. PARTIES

**Plaintiff:**

A. Plaintiff, a citizen of _DARREN H. Cole_ (state), who resides at _2190 N. Union Decatur IL_, alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B. Defendant _ADM (Archer Daniels Midland)_ is employed as a
    (a) (Name of First Defendant)
_Operator II_
    (b) (Position/Title)
with _ADMS 4666 E Farries Pkwy 2800 Brush College Rd_
    (c) (Employer's Name and Address)

*Check one of the following:*

☑ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated: By Training Me to do a Job Improperly with out safety Single out of my Job, New Employee was given my Job

☑ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom: Race Age, - over 40, I complain to my H.R I was being discriminated against, Relalitation I filed by Complaint with the EEOC and was given the Right to sue

**Defendant #2:**

C.  Defendant **Garrett Garver** is employed as a
    (a) (Name of Second Defendant)

**Worker with ADM**
    (b) (Position/Title)

with **Archer Daniels Midland   4666 E Faries Pkwy  2500 Brush College RD**
    (c) (Employer's Name and Address)

*Check one of the following:*

☑ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated: This was my trainer at the Job. He improperly Train me on the Job.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom: Race, Age, discrimination, Retaliation

2

**Defendant #3:**
D.  Defendant __Eric Rackman__ is employed as a
   (a) (Name of Third Defendant)

__Operator at Adm__
   (b) (Position/Title)

with __4666 E Farios PKWY  2500 Brush College RD__ .
   (c) ) (Employer's Name and Address)

*Check one of the following:*

☑ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:

This Defendant In Retaliation for turning him in to HR gave a false statement to my Employer

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

Race, age Retaliation

**Additional Defendant(s) (if any):**

E.  Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

Don Ridgeway supervisor at Adm

Michelle currently Employed

Ken Cole supervisor at adm

Clint Gannoko Head of human Resources human Resource

Race age Retaliation

## III. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in federal court? Yes ☐   ☒ No

B. If your answer to "A" is YES, describe the lawsuit in the space below. *If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.*

    1. Parties to previous lawsuits:

        Plaintiff(s):

        Defendant(s):

    2. Date of Filing:

    3. Case Number:

    4. Jurisdiction/Court:

    5. Name of Judge:

    6. Issues Raised:

    7. Disposition of Case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

    8. Date of Final Disposition:

## IV. STATEMENT OF CLAIM

*State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you intend to allege several related claims, you must number and set forth each claim in a separate paragraph.*

1. On or about __NOV 2__ (month,day,year), at approximately __2:00__
☐ a.m. ☑ p.m., plaintiff was present in the municipality (or unincorporated area of) __Archer Daniel midland__, in the County of __Macon County__, in the State of Illinois, at _____,

where defendant(s) violated plaintiff's civil rights as follows *(check each box that applies)*:

☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;

☐ searched plaintiff or his property without a warrant and without reasonable cause;

☐ used excessive force upon plaintiff;

☐ failed to intervene to protect plaintiff from violation of his/her civil rights by one or more other defendants;

☐ failed to provide plaintiff with necessary medical care;

☑ conspired together to violate one or more of plaintiff's civil rights;

☐ other *(please explain)*: __I was given a aftimaon to sign a paper saying my Injury Did Not happen at work when I refuse, I was sent home__

2. Plaintiff was charged with one or more crimes, specifically: __place me under Investigation Human Resouce Michelle Place Under Investigation__

3. The criminal proceedings *(check the box that applies)*:

☐ are still pending.
☑ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.
☐ resulted in a finding of guilty on one or more of the charges.
☐ other: _____

ON December 8 2023 I was terminate from statement that were false and In a manner Indicating plantiff was Innocent

5

4. Plaintiff further alleges as follows: *Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*

I was told I was no longer a operator II but I was In product support.

I was hurt and punish for going to the hospital Dispire

They Change my shift and pay, my hours were shorten

They took a woker who had not made It trough probition and hired here over me them in my spot.

5. Defendant(s) acted knowingly, intentionally, willfully, and maliciously.

6. As a result of Defendant's conduct, plaintiff was injured as follows:

DR. Rahman, and DR Raskas unstable spond listhesis My Injury is Raskas I'am unable to Return to WORK and Both have Recommend Surgery

7. Plaintiff asks that this case be tried by a jury.  ☑ Yes   ☐ No

## V. PRAYER FOR RELIEF

Plaintiff requests that the Court grant the following relief:

1. Compensatory Damages in the amount of $ 2 million to compensate for *(check all that apply)*:

   - ☑ bodily harm
   - ☑ emotional harm
   - ☑ pain and suffering
   - ☑ loss of income
   - ☑ loss of enjoyment of life
   - ☐ property damage

2. Punitive Damages: ☑ Yes ☐ No

3. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Date: 4/10/2024

Signature of Plaintiff: [signature]

Plaintiff's Name *(print clearly or type)*: DARRE- Cole

Mailing Address: 2190 N. Union

City: Decatur     State: IL     Zip: 62526

Plaintiff's Telephone Number: (217) 542-8177