Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Darren Cole,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   Case Number: 24-cv-02078 |
| | ) |
| **Archer Daniels Midland** *a/k/a* **ADM,** | ) |
| **Garrett Garver, Eric Raukman,** | ) |
| **Don Ridgeway, Clint Gannon,** | ) |
| **Ken Cole, Michelle Lynnburger,** | ) |
| **MetLife, Department of Public Aid,** | ) |
| **Illinois Human Services Department,** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Darren Cole's claims against defendants Archer Daniels Midland *a/k/a* ADM, Michelle Lynnburger, and Illinois Human Services Department are DISMISSED WITH PREJUDICE. Defendants Clint Gannon, Garrett Garver, MetLife, Eric Raukman, Don Ridgeway, Ken Cole and Department of Public Aid were dismissed on 7/18/2025 pursuant to the filing of plaintiff's second amended complaint.

**Dated: 2/4/2026**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court